UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZAN GRALNIK,<br><br>                Plaintiff,<br><br>   vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 13-1366-FMO (AGR)<br><br>JUDGMENT |

    In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 30, 2015                   /s/
                                                 FERNANDO M. OLGUIN
                                                 United States District Judge